SYNCHRONY BANK
P.O. Box 965033
Orlando, FL 32896-5033

45963
F101

01/02/2018

ANTHONY FERRO
1801 GERRITSEN AVE
BROOKLYN NY 11229-2611

RE: CARECREDIT/SYNCHRONY BANK
Account Number Ending in: 7070
Total Balance as of 01/02/2018: $4,121.77
Amount Due as of 01/02/2018: $917.00

**CALL Allied Interstate LLC**
**1-877-498-8563**

**This is an important notice regarding your delinquent account. Call the number above as soon as possible to discuss your payment options. Failure to respond promptly could result in further steps being taken to collect the debt.**

Dear ANTHONY FERRO,

Your account is now severely past due. Multiple attempts have been made to reach you. Please call to discuss payment options before we take additional steps to collect this debt. For details, **please respond by 01/15/2018**. For more information on payment options, call the number above today.

**If you do not respond, we will consider additional options to pursue collection of this debt.**

To resolve this issue, contact Allied Interstate LLC, the collection agency handling your account, at 1-877-498-8563. You have the option to pay your bill online. It is private and secure.

Log-on to: mysynchrony.com

Mail payments to:

CARECREDIT/SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

*Please see reverse side for important information*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by SYNCHRONY BANK

If you have disputed this debt, please disregard this letter.

Sincerely,

SYNCHRONY BANK

If you pay the balance shown above, an additional payment may be necessary to pay your account balance in full. Because of interest, late charges, credits or charges that may vary from day to day, the amount due on the day you pay may differ. For further information, call 1-877-498-8563.